AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Tamara Vance,
on behalf of herself and a class,
                      Plaintiff,

V.

Cardtronics, Inc., and Does 1-5,
                      Defendants.

CASE NUMBER: 11-cv-8710

ASSIGNED JUDGE: Bucklo

DESIGNATED MAGISTRATE JUDGE: Cox

TO: (Name and address of Defendant)

Cardtronics, Inc.
c/o Illinois Corporation Service Co., Registered Agent
801 Adlai Stevenson Drive
Springfield, IL  62703

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

MICHAEL W. DOBBINS, CLERK
(By) DEPUTY CLERK

DATE
December 8, 2011
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE 12/13/11 |
| NAME OF SERVER (PRINT) Kyle Clutter | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 801 Adlai Stevenson Springfield, Ill  Deanna Dillon  Operation Specialist

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/13/11
Date

Signature of Server

Address of Server: 1632 S. 2nd Street, Springfield, Ill

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# RETURN OF SERVICE

| | | |
|---|---|---|
| **State of United States** | **County of** | **Northern District Of Illinois Court** |

Case Number: 11-CV-8710

Plaintiff:
**Tamara Vance, on behalf of herself and a class**

vs.

Defendant:
**Cardtronics, Inc., and Does 1-5**

For:
Edelman, Combs, Latturner & Goodwin LLC
120 South Lasalle Street
Ste 1800
Chicago, IL 60603

Received by Courthouse Courier on the 12th day of December, 2011 at 10:03 am to be served on **Cardtronics, Inc., C/O Illinois Corporation Service Company, 801 Adlai Stevenson Drive, Springfield, IL 62703**.

I, Kyle Clutter, do hereby affirm that on the **13th day of December, 2011** at **12:45 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons, Complaint, Motion for Class Certification and Motion to Enter and Continue Plaintiff's Motion for Class Certification** with the date and hour of service endorsed thereon by me, to: **Deanna Dillion** as **Operation Specialist** for **Cardtronics, Inc.**, at the address of: **C/O Lexis Document Services, Inc, 801 Adlai Stevenson Dr., Springfield, IL 62703**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served:  Age: 60,  Sex: F,  Race/Skin Color: White,  Height: 5'4,  Weight: 125,  Hair: Brown, Glasses: Y

I being first duly sworn on oath, states that I am over 18 years of age and not a party to this lawsuit, and am a registered employee of Bill Clutter Investigations, Inc., a private detective agency, (Lic. #117-001206) under the Private Detective and Security Act of 1993.  Under penalties of perjury as provided by law, pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the above statement is true and correct.

Kyle Clutter
129-296616

**Courthouse Courier**
**1032 S. 2nd Street**
**Springfield, IL 62704**
**(217) 528-5997**

Our Job Serial Number: CLU-2011003744

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4b