FILED
2012 MAR 27 AM 10: 10
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CARDTRONICS ATM FEE NOTICE LITIGATION<br><br>Member Cases: 11-CV-0217 BEN (BLM)<br>11-CV-0236 BEN (BLM)<br>11-CV-1203 BEN (BLM)<br>11-CV-1208 BEN (BLM)<br>11-CV-2813 BEN (BLM)<br>11-CV-3056 BEN (BLM)<br>12-CV-0015 BEN (BLM)<br>12-CV-0559 BEN (BLM) | CASE NO. 11-MD-2245 BEN (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS CASE NO. 12-CV-0015**<br><br>[Docket No. 50] |

This matter comes before this Court in Case No. 12-cv-0015 BEN (BLM) on the Parties' Joint Motion for Dismissal of Plaintiff Tamara Vance's individual claims against Defendant Cardtronics, Inc. with prejudice, and the claims of the putative class without prejudice, and without costs. Fair notice and opportunity to be heard being given and the Court being otherwise fully advised, the Joint Motion is hereby **GRANTED**.

   **IT IS SO ORDERED**.

DATED: March 26, 2012

HON. ROGER T. BENITEZ
United States District Court Judge